IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                                              CASE NO: 5:03-cr-0011 DCB

JANICE MARIE MCNAIR                                                                              DEFENDANT

## ORDER RELEASING UNCLAIMED FUNDS

THE CLERK OF COURT appeared before the Court and stated that certain unclaimed restitution funds previously received by his office for the benefit of the Social Security Administration represent payments made as the result of the judgment entered on October 16, 2003 [Order Book 5-11, pages 311-315] in this matter. Those funds, for whatever reason, were returned to the Clerk as unclaimed, yet they remain available for payment.

The Clerk is satisfied that the funds should now be paid over to the Social Security Administration at its current address on record.

THEREFORE, the Court hereby ORDERS that the Clerk pay the total sum of $650.00 from "unclaimed" funds to the Social Security Administration at its current address.

SO ORDERED this the 31st day of October 2022.

                                                      s/David Bramlette
                                                    UNITED STATES DISTRICT JUDGE